# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No. 1:18-cv-00444-LJO-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR |
| v. | |
| NARESH KHUSHBOO PATEL, | |
| Defendant. | DEADLINE: JULY 17, 2018 |

Plaintiff Theresa Brooke filed a complaint alleging disability discrimination in violation of the Americans With Disabilities Act and state law on April 2, 2018. (ECF No. 1.) The clerk entered default against Defendant Naresh Khushboo Patel on May 16, 2018. (ECF Nos. 5, 6.) On May 28, 2018, Plaintiff filed a motion for default judgment. (ECF No. 7.) The matter was referred to the undersigned and set for hearing on July 11, 2018, at 10:00 a.m. (ECF Nos. 8, 9.)

On July 11, 2018, Plaintiff did not appear at the hearing. The Court notes that recently an order to show cause issued in a separate case due to Plaintiff's counsel's failure to comply with orders of this court. See Brooke v. Hi Fresno Hotel Holdings, LLC., No. 1:18-cv-00156-AWI-SAB (E.D. Cal. June 4, 2018) (order to show cause for failure to file dispositional documents).

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

1

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE on or before July 17, 2018, why sanctions should not issue for the failure to appear at the July 11, 2018 hearing.

IT IS SO ORDERED.

Dated:   **July 11, 2018**

_____
UNITED STATES MAGISTRATE JUDGE