# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>  Plaintiff,<br><br> v.<br><br>NARESH KHUSHBOO PATEL,<br><br>  Defendant. | Case No. 1:18-cv-00444-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 11, 12) |

On July 11, 2018, Plaintiff was ordered to show cause why sanctions should not issue for the failure to appear at a July 11, 2018 hearing. (ECF No. 11.) Plaintiff filed a response on July 11, 2018. (ECF No. 12.) Based on Plaintiff's response, the order to show cause shall be discharged, but Plaintiff is cautioned not to assume that hearings will be vacated as this court often holds hearings in case a defaulting defendant appears, despite filing no opposition to the request. Counsel must pay close attention to each case as each judge operates their courtrooms in a different fashion and each case may require different approaches.

Accordingly, the order to show cause, filed July 11, 2018, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **July 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1