# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>NARESH KHUSHBOO PATEL,<br><br>    Defendant. | Case No. 1:18-cv-00444-LJO-SAB<br><br>ORDER STRIKING NOTICE OF WITHDRAWAL<br><br>(ECF No. 15) |

Plaintiff Theresa Brooke filed a complaint alleging disability discrimination in violation of the Americans With Disabilities Act and state law on April 2, 2018. (ECF No. 1.) The clerk entered default against Defendant Naresh Khushboo Patel on May 16, 2018. (ECF Nos. 5, 6.) Currently there is a findings and recommendations pending recommending granting Plaintiff's motion for default judgment. (ECF No. 13.)

On August 30, 2018, a notice of withdrawal was filed by counsel Andrew R. Stilwell. The notice lists the defendant as Shirishbhai B. Patel and the case number is listed as 1:18-cv-00444-LJO-BAM. The Court notes that there is a case no. 1:18-cv-00448-LJO-BAM in which Shirishbhai B. Patel is the defendant. It appears that this notice was filed in the incorrect action.

Accordingly, the notice of withdrawal (ECF No. 15) is HEREBY STRICKEN FROM THE RECORD and counsel shall file the notice in the correct action.

IT IS SO ORDERED.

Dated: __August 31, 2018__

                                        UNITED STATES MAGISTRATE JUDGE

1