## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                              **JUDGMENT IN A CIVIL CASE**

**THERESA BROOKE,**

                              CASE NO: **1:18–CV–00444–LJO–SAB**

          v.

**NARESH KHUSHBOO PATEL,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/26/2018**

                              **Marianne Matherly**
                              Clerk of Court

    ENTERED: **September 26, 2018**

                        by: /s/ A. Jessen_____
                              Deputy Clerk